**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOSE ALBERTO MARTINEZ,

                        Petitioner,                 25 **CIVIL** 10376 (GBD)

       -against-                             **JUDGMENT**

WILLIAM JOYCE, Acting New York Field Office
Director, Immigration and Customs Enforcement, U.S.
Department of Homeland Security; PAM BONDI, U.S.
Attorney General; KRISTI NOEM, Secretary, U.S.
Department of Homeland Security,

                        Respondents.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons
stated in the Court's Order dated January 08, 2026, Mr. Martinez's petition for a writ of habeas
corpus is GRANTED. Respondents are ORDERED to immediately release Mr. Martinez from
custody and filing a letter entry on the docket no later than 5:00 p.m. on January 9, 2026
indicating its compliance with this order; accordingly, the case is closed.

**DATED:** New York, New York
           January 9, 2026

                                **TAMMI M. HELLWIG**

                                  **Clerk of Court**

       **BY:**                         

                                **Deputy Clerk**