UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JOSE ALBERTO MARTINEZ,

                      Petitioner,

    -against-

WILLIAM JOYCE, *Acting New York Field Office Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security*; PAM BONDI, *U.S. Attorney General*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*,

                      Respondents.

------------------------------------------------------------x

ORDER

25 Civ. 10376 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Government has not argued, nor does the record before this Court indicate, that Mr. Martinez is a risk of flight or a danger to the community. Mr. Martinez's release from custody shall be without any physical or electronic monitoring or restraint condition. All such devices shall be removed.

Dated: January 13, 2026
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge