```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  07/09/26
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ALBERTO MARTINEZ,

        Petitioner,

    -against-

WILLIAM P. JOYCE, *in his official capacity*, et al.,

        Defendants.

25-CV-10376 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's telephonic conference, the parties may submit concise, simultaneous letter-briefs, no later than **July 15, 2026**, addressing whether this action should be stayed, in light of the Supreme Court's recent grant of certiorari in *Palacios v. Liggins*, pending the decision in that case.

Dated: New York, NY
      July 9, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**